FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 1 6 2019

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED | |
| | § | | |
| v. | § | No. 2:19-CR-11 | |
| | § | Judge JRG/RSP | |
| BEAU DANIEL MERRYMAN | § | | |

# INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

Violation: 18 U.S.C. § 842(p)(2)(A)
(Distribution of Information Relating to
Explosives and Destructive Devices)

Beginning no later than September 10, 2019, and continuing thereafter through the date of this indictment, in Cass County, in the Eastern District of Texas, **Beau Daniel Merryman** knowingly distributed by any means information pertaining to, in whole or in part, the manufacture and use of an explosive and destructive device, namely detailed instructions for constructing pipe bombs, with the intent that the information be used for, and in furtherance of, an activity that constitutes a federal crime of violence, including 18 U.S.C. § 844(f) (use of explosives to damage and destroy federal property) and 18 U.S.C. § 1366 (destruction of an energy facility).

In violation of 18 U.S.C. § 842(p)(2)(A).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461

As the result of committing the foregoing offense alleged in this indictment, the defendant herein shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461:

1. any property constituting, or derived from, and proceeds the defendant obtained, directly or indirectly, as the result of such violation(s); and

2. any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s).

**Substitute Assets:**
If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with a third person;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal owned by the defendant.

By virtue of the commission of the offense alleged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

A TRUE BILL

Date: 10/16/19

GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

L. Frank Coan, Jr.
Assistant United States Attorney
Bar No. 170966 (Georgia)
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 2:19-CR-___ |
| BEAU DANIEL MERRYMAN | § | Judge _____ |

## NOTICE OF PENALTY

### COUNT ONE

VIOLATION:           18 U.S.C. §§ 842(p)(2)(A) and 844(a)(2)

PENALTY:             Imprisonment of not more than 20 years; a fine not to exceed $250,000; a term of supervised release of not more than three years.

SPECIAL ASSESSMENT:  $100.00

Indictment – Page 4