| | | |
|---|---|---|
| DATE: | October 18, 2019 | |
| LOCATION: | Marshall, Texas | |
| JUDGE: | Roy S. Payne | |
| DEP. CLERK: | Becky Andrews | |
| RPTR/ECRO: | Becky Andrews | |
| USPO: | Nathan Manley | |
| INTERPRETER: | | |
| TIME BEGAN: | 2:29 pm | |
| ADJOURNED | 2:36 pm | |

CASE NUMBER: 2:19-CR-11-1 JRG-RSP

| USA | VS. | BEAU DANIEL MERRYMAN |
|---|---|---|
| Frank Coan | | Ken Hawk |

☐ Indictment unsealed all defs

☐ Indictment unsealed this def only

## INITIAL APPEARANCE

☒ Hearing called and held
☐ Defendant appears with counsel
☒ Date of arrest: October 17, 2019
☒ Defendant advised of charges
☒ Defendant advised of maximum penalties
☒ Defendant request appointed counsel, is sworn and examined re: financial status
☒ Court finds Defendant eligible and appoints: Ken Hawk
☒ Government oral motion for detention; granted
☐ Government oral motion for continuance of detention hearing
☐ Order of Conditions of Release
☐ Waiver of Detention
☐ Order of Temporary Detention
☐ Order of Detention
☒ Defendant remanded to custody of U.S. Marshal

☐ Interpreter sworn
☐ Defendant appears without counsel
☐ Defendants first appearance with counsel
☒ Defendant advised of right to counsel
☒ Defendant advised of right to remain silent

☐ Bond set:

☒ Detention hearing set for: Oct. 23, 2019 @ 11:00 am
☐ Arraignment hearing set for:

## ARRAIGNMENT

☐ Arraignment waived in open court
☐ Defendant placed under oath
☐ Defendant received copy of charges
☐ Charges read
☐ No pressure to plead
☐ Defendant enters a not guilty plea to all counts
☐ Discovery orders entered
☐ Defendant remanded to the custody of U.S. Marshal

☐ Arraignment held on Indictment:   All counts
☐ Defendant physically/mentally ready
☐ Defendant discussed charges with counsel
☐ Defendant waived reading of charges

☐ Jury selection and trial set
☐ Defendant continued on bond