IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case No. 2:19-CR-11-1 JRG-RSP |
| BEAU DANIEL MERRYMAN | § | |

### ORDER APPOINTING COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT

The Court has determined that the above-named Defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

APPOINTMENT OF COUNSEL

✓ The Federal Public Defender is appointed as counsel for Defendant.

____ _____, a member of the Criminal Justice Act Panel of this District, is appointed as counsel.

____ The Court determines that Defendant shall reimburse the Government for all attorney fees and costs incurred due to the appointment of counsel for his defense.

____ The Court determined Defendant may have funds to contribute to the cost of appointed counsel. The United States Attorney shall investigate to determine if funds exist and submit a report to the Court outlining the amount and method of payment which Defendant should be required to pay toward his defense.

TYPE OF APPOINTMENT

| | | | |
|---|---|---|---|
| ✓ | Through trial and notice of appeal. | ____ | Probation/Supervised Release Violation |
| ____ | All purposes including trial and appeal | ____ | Material/Grand Jury Witness |
| ____ | Initial appearance and bond only | ____ | Parole Violation |
| ____ | Appeal purposes only | ____ | Mental Hearing (18 U.S.C. § 313) |
| ____ | Habeas corpus | ____ | Rule 5(c) Proceedings in this District |

____ Defendant is not eligible for appointment of counsel under 18 USC § 3006A, but he is entitled to an immediate hearing and it is in the interest of justice that Defendant be afforded the assistance of counsel; so the Federal Public Defender is temporarily appointed for that purpose

It is SO ORDERED.

SIGNED this 18th day of October, 2019.

_____
Roy S. Payne, U.S. Magistrate Judge