IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 2:19-CR-11 |
| v. | § | JUDGES JRG/RSP |
| | § | |
| BEAU DANIEL MERRYMAN | § | |

## MOTION TO UNSEAL

The United States of America moves this Court to unseal the above-styled case. In support of this motion, the United States would show the Court that the defendant has been arrested pursuant to a federal arrest warrant issued in connection with the indictment. In addition, he has already had his initial appearance. Accordingly, no need currently exists to protect the contents of this case from disclosure.

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

*/s/ L. Frank Coan, Jr.*_____
L. Frank Coan, Jr.
Assistant United States Attorney
Bar No. 170966 (Georgia)
110 North College Avenue, Suite 700
Tyler, Texas 75702
(903) 590-1400

**Motion To Unseal – Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | No. 2:19-CR-11 |
| v. § | JUDGES JRG/RSP |
| § | |
| BEAU DANIEL MERRYMAN § | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading has been served on counsel for the defendant via e-mail on this the 22nd day of October, 2019.

*/s/ L. Frank Coan, Jr.*
L. Frank Coan, Jr.

**Motion To Unseal – Page 2**