|  |  |
|---|---|
| DATE: | February 25, 2020 |
| LOCATION: | Marshall, Texas |
| JUDGE: | Roy S. Payne |
| DEP. CLERK: | Becky Andrews |
| RPTR/ECRO: | Becky Andrews |
| USPO: |  |
| INTERPRETER: |  |
| TIME BEGAN: | 2:25 pm |
| ADJOURNED | 2:28 pm |

CASE NUMBER: 2:19-CR-11 JRG-RSP

| USA | VS. | **BEAU DANIEL MERRYMAN** |
|---|---|---|
|  | Lucas Machicek | Ken Hawk |

## COMPETENCY HEARING

Court opened.  Case called.  Lucas Machicek announced ready for plaintiff.  Ken Hawk announced ready for defendant.  Lucas Machicek offered the Psychological Evaluation.  Ken Hawk had no objection and responded further.  The Court accepted the report and found that defendant is competent to stand trial.

The Court set a Detention Hearing and an Arraignment Hearing for March 9, 2020 at 10:00 a.m.

Court adjourned.