UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V | § | CASE NO. 2:19CR11 |
| BEAU DANIEL MERRYMAN | § | |

### WAIVER OF DETENTION HEARING

I, **BEAU DANIEL MERRYMAN**, charged by an Indictment with violation of 18 U.S.C. § 842(p)(2)(A), and having appeared before the Court and been advised of my rights as required by Title 18, U.S.C. 3142, including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be held in custody pending disposition of this matter.

_____
Defendant

3-6-2020
Date

_____
Counsel for Defendant