UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V | § | CASE NO. 2:19CR11 |
| BEAU DANIEL MERRYMAN | § | |

Waiver of Personal Appearance at Arraignment and
Entry of Plea of Not Guilty

The defendant in the above-referenced case, along with his undersigned attorney, hereby acknowledges the following:

1) Defendant has received a copy of the indictment, information or complaint in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his constitutional rights, after being advised of all the above by his attorney.

(2) Defendant understands he has the right to appear personally with his attorney before a judge for arraignment in open court on this accusation. Defendant further understands that, absent the present waiver, he will be arraigned in open court at the time and date previously designated.

(3) Defendant, having conferred with his attorney in this regard, hereby waives personal appearance with his attorney at the arraignment of this case and the reading of the indictment or information, and by this instrument, tenders his plea of "not guilty". The defendant understands that entry by the court of said plea for defendant will conclude the arraignment in this case for all purposes.

(4) Defendant understands that he has a right to a minimum period of time prior to trial so that trial shall not commence less than thirty (30) days from the date on which the defendant first appears through counsel or expressly waives counsel and elects to proceed pro se.

Date: 3-6-2020

_____
Defendant

_____
Attorney for Defendant

ORDER
APPROVED BY THE COURT. A plea of "not guilty" is entered for defendant effective this date.

_____
US MAGISTRATE JUDGE

**ALL ARRAIGNMENT WAIVERS MUST BE FILED IN THE CLERK'S OFFICE AT LEAST 24 HOURS PRIOR TO THE SCHEDULED ARRAIGNMENT.