UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 2:19cr11 |
| | § | (Judge Gilstrap/Payne) |
| BEAU DANIEL MERRYMAN | § | |

**DEFENDANT'S MOTION TO SEAL A
MOTION FOR CONTINUANCE**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS:

COMES NOW Defendant, BEAU DANIEL MERRYMAN, by and through his undersigned attorney, and pursuant to Local Rule CR-49, files this Motion to Seal and Order.

**CERTIFICATE OF CONFERENCE**

On   July 2, 2020, counsel for Defendant spoke with Assistant United States Attorney, Frank Coan and he is not opposed to the granting of this motion.

**CONCLUSION**

**WHEREFORE**, Defendant prays this Court enter an order granting the said Sealed Motion filed by the Defendant.

Respectfully submitted,

/s/ Kenneth R. Hawk, II
KENNETH R. HAWK, II
Assistant Federal Defender
Eastern District of Texas
110 North College, Suite 1122
Tyler, Texas 75702
(903) 531-9233
FAX: (903) 531-9625
Texas Bar Number: 09243650
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing instrument has been furnished to Frank Coan, Assistant U.S. Attorney, presently assigned to this case, via electronic filing, on this the 2nd day of July, 2020.

                                  /s/ Kenneth R. Hawk, II

                                  KENNETH R. HAWK, II
                                  Assistant Federal Defender