**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF TEXAS**

**MARSHALL DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **NO. 2:19cr11** |
| | § | **(Judge Gilstrap/Payne)** |
| **BEAU DANIEL MERRYMAN** | § | |

**O R D E R**

On this day came on to be heard Defendant, BEAU DANIEL MERRYMAN, Motion to

Seal a Motion for Continuance and the Court having considered the same, it is hereby, in all things,

GRANTED and it is hereby ORDERED that the Motion for Continuance is hereby **SEALED**.