IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>BEAU DANIEL MERRYMAN | Case No. 2:19-CR-11<br>JUDGE GILSTRAP/PAYNE |

## NOTICE OF APPEARANCE

The United States hereby designates the following Assistant United States Attorney as lead counsel in this case, replacing Assistant United States Attorney Frank Coan, and respectfully requests that the same be noted by the Clerk of the Court and that this attorney be added to the list of counsel in this case to receive all future notices, orders, and filings via the Court's CM/ECF system:

D. RYAN LOCKER
Assistant United States Attorney
Texas Bar No. 24046307
110 N. College, Suite 700
Tyler, Texas 75701
(903) 590-1400
(903) 590-1439 (fax)
Ryan.Locker@usdoj.gov

**Notice of Appearance - Page 1**

Respectfully submitted,

STEPHEN J. COX
UNITED STATES ATTORNEY


*/s/ D. Ryan Locker*
D. RYAN LOCKER
Assistant United States Attorney
Texas Bar No. 24046307
110 N. College, Suite 700
Tyler, Texas 75701
(903) 590-1400
(903) 590-1439 (fax)
Ryan.Locker@usdoj.gov

## CERTIFICATE OF SERVICE

On September 23, 2020, I do certify that a true and correct copy of the foregoing instrument was filed with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to all counsel of record.


*/s/ D. Ryan Locker*
D. RYAN LOCKER