To whom it may concern:        Sep. 20th, 2020

    My name is (Beau Merryman).... I am currently in Gregg County Jail. I've been here for quite some time now and have not seen nor heard from my Attorney (Keneth Hawk) since mid-to-late Febuary.... I have called, and also had my mother call his office repeatedley asking him to speak with me regarding my case and have yet to hear from him. I would very much like to know the status of my case please.... Your time & patience in helping me is greatly appreciated. Thank You.

Respectfully Submitted

Beau Merryman

Beau Merryman #1255O1
101 E. Methvin
Longview, Tx. 75601

District Clerk/Courts
211 W. Ferguson
Tyler, Tx. 75702

SHREVEPORT LA 710
22 SEP 2020 PM 1 L

75702-72250