To whom it may concern:      October, 13th, 2020

     Greetings! My name is "Beau Merryman". I am currently at the Gregg Co. Jail awaiting court proceedings. I need to have someone get my attorney to inform me on my case proceedings. I have called, & written him on numerous occasions to no avail. He refuses to get back with me. I do not even know what my "offense-Level" is! Please notify the appropriate person(s) to assist me. Or at least tell me who I need to contact. Thank you for your time in this matter.

Respectfully Submitted

Beau Merryman #125501
Gregg Co. Jail
101. E. Methvin
Longview, TX. 75601

Beau Merryman

Beau Morgman #125501
Gregg Co. Jail
101 E. Methvin
Longview, TX - 75601

CLERK, U.S. DISTRICT COURT RECEIVED
OCT 16 2020
EASTERN D ST. OF TEXAS

INMATE INDIGENT

Federal Courts
(Eastern District)
211 W. Ferguson
Tyler, TX 75702

Hasler
10/14/2020
US POSTAGE
$00.50⁰
FIRST-CLASS MAIL
ZIP 75601
011D12603091