2:19CR11-1 JRG/RSP

I need a docket sheet, Thank you.

CLERK U.S. DISTRICT COURT
RECEIVED

FEB 25 2021

EASTERN DIST. OF TEX.

Beau Metig Mann 2.4501
101 E. Methvin
Longview TX 75601

7571021722050

Federal County
Central district
211 W. Ferguson
Tyler TX 75702

SHREVEPORT LA 710

quadient
FIRST-CLASS MAIL
$000.51⁰
02/23/2021 ZIP 75601
043M31219607

US POSTAGE