# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 2:19cr11 |
| | § | (Judge Gilstrap/Payne) |
| BEAU DANIEL MERRYMAN | § | |

## DEFENDANT'S MOTION TO SEAL A MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS:

COMES NOW Defendant, BEAU DANIEL MERRYMAN, by and through his undersigned attorney, and pursuant to Local Rule CR-49, files this Motion to Seal and Order.

## CERTIFICATE OF CONFERENCE

On May 21, 2021, counsel for Defendant spoke with Assistant United States Attorney, Ryan Locker and he is not opposed to the granting of this motion.

## CONCLUSION

**WHEREFORE**, Defendant prays this Court enter an order granting the said Sealed Motion filed by the Defendant.

Respectfully submitted,

/s/ Kenneth R. Hawk, II
KENNETH R. HAWK, II
Assistant Federal Defender
Eastern District of Texas
110 North College, Suite 1122
Tyler, Texas 75702
(903) 531-9233
FAX: (903) 531-9625
Texas Bar Number: 09243650
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing instrument has been furnished to Ryan Locker, Assistant U.S. Attorney, presently assigned to this case, via electronic filing, on this the 21st day of   March, 2021.

/s/ Kenneth R. Hawk, II

KENNETH R. HAWK, II
Assistant Federal Defender