IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:19-CR-11 |
| v. | |
| BEAU DANIEL MERRYMAN | JRG/RSP |

## NOTICE OF PLEA AGREEMENT

The United States of America, by its undersigned counsel, would show the Court that the defendant, **Beau Daniel Merryman**, and the government have entered into a written plea agreement in relation to the charges now pending before this Court.

>Respectfully submitted,
>NICHOLAS J. GANJEI
>ACTING UNITED STATES ATTORNEY
>
>*/s/ D. Ryan Locker*
>D. RYAN LOCKER
>ASSISTANT U.S. ATTORNEY
>Texas Bar No. 24046307
>110 North College Avenue, Suite 700
>Tyler, Texas 75702
>(903) 590-1400
>Ryan.Locker@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that on or about the date of filing, I have conferred with opposing counsel who has indicated that he does not oppose the contents of this notice or its filing.

>*/s/ D. Ryan Locker*
>D. RYAN LOCKER

**Notice of Plea Agreement – Page 1 of 2**

## CERTIFICATE OF SERVICE

I certify that this Notice of Plea Agreement has been served on counsel for defendant via the court's CM/ECF system on October 21, 2021.

*/s/ D. Ryan Locker*
D. RYAN LOCKER