IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 2:19-CR-11 |
| BEAU DANIEL MERRYMAN | § § | JUDGES JRG/RSP |

## FACTUAL BASIS

Investigation by the Federal Bureau of Investigation (FBI) and the Cass County Sheriff's Office disclosed the following facts that establish that I, the defendant, **Beau Daniel Merryman**, committed the conduct described in Count 1 of the indictment, which charges a violation of 18 U.S.C. § 842(p)(2)(A) (Distribution of Information Relating to Explosives and Destructive Devices). I agree that the following factual basis is true and correct:

1. Beginning in September 2019 and continuing through October 2019, in the Eastern District of Texas, I engaged in a series of online conversations with two people I now know were working for the FBI as Online Covert Employees (OCEs). These conversations took place on an encrypted messaging platform called Monarch. During these conversations, I discussed with the two OCEs how to make improvised explosive devices (IEDs) such as pipe bombs and pressure cooker bombs. I instructed the OCEs on general principles of making IEDs, what explosives or deflagrating materials to use, how to package the IEDs to increase pressure, what shrapnel to use, and how to ignite the IEDs, such as by using a fuse or electronic ignition from modified Christmas lights.

**Factual Basis - Page 1**

2.      During these conversations, the OCEs indicated that they intended to use the IEDs to destroy property and harm law enforcement and infrastructure targets. I advised the OCEs to first attack federal law enforcement; in particular the Bureau of Alcohol Tobacco, Firearms, and Explosives (ATF) personnel and facilities. I advised the OCEs to then attack infrastructure targets such as electrical substations after they had already executed the attacks on law enforcement. I intended that my teaching and information regarding IEDs be used or in furtherance of these attacks.

3.      I agree and stipulate that an attack on ATF personnel or facilities constitutes a federal crime of violence under 18 U.S.C. § 844(f). I further agree and stipulate that an attack on an electrical substation constitutes a federal crime of violence under 18 U.S.C. § 1366.

3.      I am pleading guilty to Count 1 in this case because I am guilty of the violation alleged. I have had an opportunity to consult with an attorney and I am satisfied with the advice and counsel provided to me. I acknowledge that these acts violated 18 U.S.C. § 842(p)(2)(A). I hereby stipulate that the facts described above are true and correct, and I accept them as the uncontested facts of this case.

Dated: 10-20-2021

*Beau Merryman*
BEAU DANIEL MERRYMAN
Defendant

Factual Basis - Page 2

I have reviewed this Factual Basis with the defendant. Based on these discussions, I am satisfied that he understands the terms and effect of the Factual Basis and that he has signed it voluntarily.

Dated: 10-20-2021

_____
KENNETH R. HAWK, II
Attorney for Defendant